No. 87–4.  WHEAT v. UNITED STATES, 486 U. S. 153;

No. 87–1692.  MAROTTA v. UNITED STATES, 486 U. S. 1009;

No. 87–5946.  JOHNSON v. ARTIM TRANSPORTATION SYSTEM, INC., ET AL., 486 U. S. 1023;

No. 87–6189.  ERICKSON v. ILLINOIS, 486 U. S. 1017;

No. 87–6331.  FINNEY v. TEXAS, 486 U. S. 1010;

No. 87–6490.  FABBRI v. SHERATON PLAZA LA REINA HOTEL, 486 U. S. 1024;

No. 87–6491.  PAVLICO v. UNITED STATES, 486 U. S. 1034;

No. 87–6598.  PHILLIPPE v. SHAPELL INDUSTRIES, INC., 486 U. S. 1011;

No. 87–6612.  WILLIAMS v. YORK STEAK HOUSE ET AL., 486 U. S. 1044;

No. 87–6613.  SWIFT v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, 486 U. S. 1029;

No. 87–6621.  BILDER v. CITY OF AKRON, OHIO, 486 U. S. 1011;

No. 87–6627.  FRAZIER v. GEORGIA, 486 U. S. 1017;

No. 87–6650.  WATSON v. JARVIS, SHERIFF, DeKALB COUNTY, GEORGIA, 486 U. S. 1034;

No. 87–6659.  VAN STRATEN v. KEENE ET AL., 486 U. S. 1012;

No. 87–6715.  SELTZER v. OFFICE OF PERSONNEL MANAGEMENT, 486 U. S. 1024;

No. 87–6776.  McGOVERN v. UNITED STATES, 486 U. S. 1014;

No. 87–6790.  IN RE MARTIN, 486 U. S. 1041;

No. 87–6834.  FIELDS v. STEINBRENNER ET AL., 486 U. S. 1058; and

No. 87–6843.  JOHNSON v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, 486 U. S. 1045.  Petitions for rehearing denied.

No. 86–1145.  PATRICK v. BURGET ET AL., 486 U. S. 94.  Petition for rehearing denied.  JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 87–391.  CHASER SHIPPING CORP. ET AL. v. UNITED STATES, 484 U. S. 1004.  Motion for leave to file petition for rehearing denied.  JUSTICE KENNEDY took no part in the consideration or decision of this motion.